■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZACHARY A. COOK, Appellant. [19 NYS3d 198]—

Egan Jr., J. Appeal from a judgment of the County Court of Franklin County (Main Jr., J.), rendered September 29, 2014, which revoked defendant's probation and imposed a sentence of imprisonment.

Defendant pleaded guilty to robbery in the third degree in satisfaction of a four-count indictment and was sentenced to five years of probation with the first 180 days to be served in the local jail. Thereafter, defendant admitted to violating certain conditions of his probation with the understanding that he would be restored to probation if he was accepted into and successfully completed an adult drug treatment program. After defendant was unsuccessfully discharged from a substance abuse treatment center, his application for the Franklin County Adult Treatment Court was denied. As a result, County Court revoked defendant's probation and ultimately resentenced him to a prison term of 2 to 6 years.

Defendant's sole contention upon appeal is that the resentence imposed is harsh and excessive. We disagree. In light of defendant's inability to comply with the terms of his probation, "we find no abuse of discretion or extraordinary circumstances warranting a modification of his sentence in the interest of justice" (*People v McGregor*, 119 AD3d 1235, 1236 [2014], *lv denied* 25 NY3d 991 [2015]; *see People v Clark*, 100 AD3d 1157, 1158 [2012], *lv denied* 20 NY3d 1010 [2013]).

Lahtinen, J.P., Garry and Clark, JJ., concur. Ordered that the judgment is affirmed.